March 31, 2020

DOC # 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-v-

Andrew Auffredou        ,
                    Defendant(s).
-----------------------------------------------------------------X

CONSENT TO
PROCEED BY
TELECONFERENCE

21-CR-11627 (__)(__)

Defendant __Andrew Auffredou_____ hereby voluntarily consents to participate in the following proceeding via teleconferencing:

**X**     Initial Appearance/Appointment of Counsel

___     Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___     Preliminary Hearing on Felony Complaint

___     Bail/Revocation/Detention Hearing

___     Status and/or Scheduling Conference

___     Misdemeanor Plea/Trial/Sentence

_Andrew Auffredou (by Counsel)_
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

**Andrew Auffredou**
Print Defendant's Name

_[signature]_
Defense Counsel's Signature

**Zawadi Baharanyi**
Print Defense Counsel's Name

This proceeding was conducted by reliable teleconferencing technology.

12-21-21
Date

_[signature]_
U.S. Magistrate Judge